U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN 1 6 2006

ROBERT H. SHEMWELL, CLERK
BY _____
                DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| **EBONI N. TRUSTY** | **CIVIL ACTION NO. 05-2056** |
| -vs- | **JUDGE DRELL** |
| **JOHNNIE JONES, WARDEN** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

Considering the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation regarding 28 U.S.C. § 2254(b)(1)(A) are correct, in part, under the applicable law;

IT IS ORDERED that this petition for *habeas corpus* be DISMISSED WITHOUT PREJUDICE because petitioner has not litigated her claims, first, in state court. See 28 U.S.C. § 2254(b)(1)(A). The remaining recommendations in the Report and Recommendation are not adopted as correct and were not considered.

SIGNED on this 15th day of June, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE